IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

KRISTINA QUARLES, ADC #760441                                                     PLAINTIFF

v.                              NO. 5:10CV00059 JLH/HDY

GRANT COUNTY, ARKANSAS; DALE WEST;
EDDIE EASLEY; BOB FRAIZER; NORMAN FRISBY;
and PHILLIP SHIRRON                                                                DEFENDANTS

## ORDER

The Court has received findings and a recommendation from Magistrate Judge H. David Young. After a careful review of the findings and recommendation, the timely objections received thereto, and a *de novo* review of the record in this proceeding, the Court concludes that the findings and recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. Thus, the Court orders the following:

(1)     service of process not be ordered;

(2)     the complaint filed by plaintiff Kristina Quarles ("Quarles") pursuant to 42 U.S.C. 1983 is dismissed *sua sponte*;

(3)     her application to proceed *in forma pauperis* is denied, and

(4)     judgment is entered for all of the defendants.

The dismissal of Quarles' complaint shall count as a "strike" for purposes of 28 U.S.C. 1915(g), and the Court certifies that an *in forma pauperis* appeal taken from the dismissal of her complaint would be frivolous and not in good faith.

IT IS SO ORDERED this 6th day of April, 2010.

                                               _____
                                               UNITED STATES DISTRICT JUDGE