# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

KRISTINA QUARLES, ADC #760441                                             PLAINTIFF

v.                               NO. 5:10CV00059 JLH/HDY

GRANT COUNTY, ARKANSAS; DALE WEST;
EDDIE EASLEY; BOB FRAIZER; NORMAN FRISBY;
and PHILLIP SHIRRON                                                       DEFENDANTS

## JUDGMENT

Pursuant to the Order entered this day, judgment is entered for all of the defendants.  The dismissal of the 42 U.S.C. § 1983 complaint filed by plaintiff Kristina Quarles shall count as a "strike" for purposes of 28 U.S.C. § 1915(g), and the Court certifies that an *in forma pauperis* appeal taken from the dismissal of her complaint would be frivolous and not in good faith.

IT IS SO ORDERED this 6th day of April, 2010.

_____
UNITED STATES DISTRICT JUDGE